[No. 6375-5-III. Division Three. June 27, 1985.]

*In the Matter of the Welfare of*
SOPHIA GARCIA.

NICHOLAS GARCIA, *Appellant*, v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 83-7-00002-6, Fred R. Staples, J.,
entered February 24, 1984. *Affirmed* by unpublished opin-
ion per Thompson, J., concurred in by Green, C.J., and
Munson, J.

[No. 6238-4-III. Division Three. June 27, 1985.]

THE STATE OF WASHINGTON, *Appellant*, v. FRANK R.,
*Respondent.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 83-8-00093-1, Yancey Reser, J., entered
December 5, 1983. *Affirmed* by unpublished opinion per
Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 5854-9-III. Division Three. June 27, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
CORONADO, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 82-1-00230-2, Yancey Reser, J., entered
April 26, 1983. *Remanded* by unpublished opinion per
Thompson, J., concurred in by Green, C.J., and Munson, J.